GEOFFREY L. CHESNUT, #12058
SHAWN T. FARRIS, #7194
ARGUS LAW GROUP, INC.
2107 W. Sunset Boulevard, 2nd Floor
St. George, UT 84770
Telephone: (435) 634-1600
Email: gchesnut@arguslawgroup.com
*Attorney for Paul Cozzens, Individually*

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re BLACK IRON, LLC, <br><br> Debtor. | Bankruptcy Case No. 17-24816 <br> Chapter 11 <br> Judge William T. Thurman |

**MOTION FOR JOINDER**

Paul Cozzens ("Cozzens"), individually, by and through counsel, Geoffrey L. Chesnut, of Argus Law Group, P.C., and does hereby concur and join Docket Nos. 691-Iron County's Motion For Protective Order Precluding Or Limiting, On Grounds Of Legislative Privilege, Iron County Commissioners' Depositions and 697-Iron County's Reply Memorandum In Further Support Of Iron County's Motion For Protective Order Precluding Or Limiting, On Grounds Of Legislative Privilege, Iron County Commissioners' Depositions (ECF NO. 691) and its accompanying exhibits.

Wherefore, Paul Cozzens, individually moves for joinder with Iron County's Motion and Reply Memorandum.

DATED this 18th day of June 2024.

                                                Red Rock Legal Services, P.L.L.C.

                                                /s/ Geoffrey L. Chesnut
                                                Attorney for Paul Cozzens, Individually