LARON LIND, Bar (#8334)
AARON M. WAITE (#8992)
Assistant Attorney General
SEAN D. REYES (#7969)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 386-3627
Email: aaronmwaite@agutah.gov

*Attorneys for Utah State Tax Commission*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Case No. 17-24816 |
| BLACK IRON, LLC, | Chapter 11 |
| Debtor(s). | Honorable William T. Thurman |

### SECOND STIPULATED MOTION FOR EXTENSION OF DEADLINES

Utah Iron, LLC ("Utah Iron"), Iron County, and the Utah State Tax Commission ("USTC"), through their undersigned counsel, stipulate and jointly move the Court to extend the deadlines in the *Order Granting Stipulated Motion For Extension Of Discovery Deadlines* [Dkt. No. 666] ("Prior Order").  The Prior Order extended the deadlines set by the *Order Governing Scheduling and Preliminary Matters on Resolution of Iron County Tax Claims* [Dkt. No. 647] ("Scheduling Order").

Good cause exists to extend the deadlines.  The parties have been actively litigating this case since the entry of the Scheduling Order.  The Parties have briefed and argued and the Court has entered orders on USTC's *Motion For Order That Court Lacks Jurisdiction Over 2015 Tax Amounts* [Dkt. No. 469], Iron County's Moti*on For Summary Judgment Regarding 2015*

1

*Assessment* [Dkt. No. 650], and Utah Iron's *Motion To Alter Or Amend Under Federal Rules Of Bankruptcy Procedure* 7052, 9014, 9023 & 9024[Dkt. No. 662].  The Parties have also briefed and preliminarily argued Utah Iron's *Motion for Terminating Sanctions* [Dkt. No. 667], which motion is set for an evidentiary hearing on July 18, 2024.  The proposed deadline extensions will provide the Parties with additional time to conduct discovery and allow the Parties to evaluate necessary discovery after the Court's ruling on the Motion for Terminating Sanctions.  The Parties submit that good cause exists and move the Court to extend the deadlines as follows.

| Description of Event | Current Deadline | New Deadline |
|---|---|---|
| Written Discovery completed | Thursday, February 15, 2024 (extended to April 1 by verbal agreement) | Friday, September 27, 2024 |
| Fact Discovery cut-off | Thursday, April 18, 2024 | Friday, October 25, 2024 |
| Designate Retained Experts | Thursday, April 25, 2024 | Friday, November 1, 2024 |
| Reports from Experts | Thursday, June 13, 2024 | Friday, December 6, 2024 |
| Expert Discovery cut-off - if experts designated | Tuesday, June 18, 2024 | Not Applicable |
| Designate Rebuttal Experts | Thursday, June 27, 2024 | Friday, January 10, 2025 |
| Reports from Rebuttal Experts | Thursday, August 8, 2024 | Friday, February 7, 2025 |
| Expert Discovery Completed | Thursday, October 10, 2024 | Friday, March 7, 2025 |
| Deadline for Dispositive Motions | Thursday, September 5, 2024 | Friday, March 28, 2025 |
| Attorney's Conference | Thursday, October 17, 2024 | Friday, May 16, 2025 |
| Pretrial Order | Tuesday, November 5, 2024 | Friday, May 30, 2025 |
| Final Pretrial Conference | December 5, 2024 at 10 a.m. | June 26, 2025, at 10 a.m. |
| Supplementations - Rule 26(e) | 30 days before trial | |

DATED this 21 day of June 2024.

                          */s/ Thomas W. Peters (with permission)*
                          David W. Scofield
                          Thomas W. Peters
                          *Attorneys for Iron County*

DATED 21 day of June 2024.

                                                    */s/ Ellen E. Ostrow (with permission)*
                                                    David J. Jordan
                                                    Ellen E. Ostrow
                                                    *Attorneys for Utah Iron, LLC*

DATED this 21 day of June 2024.

                                                      */s/ Aaron M. Waite*
                                                    Laron Lind
                                                    Aaron M. Waite
                                                    *Attorneys for Utah State Tax Commission*

CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I certify that on 21 day of June 2024, I electronically filed the foregoing SECOND STIPULATED MOTION FOR EXTENSION OF DEADLINES, with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

Troy J. Aramburu on behalf of 3rd Party Plaintiff Helm Financial Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Creditor Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Creditor Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Helm Financial Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Plaintiff Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Plaintiff Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Jeremy M. Brodis on behalf of 3rd Party Plaintiff Litigation Holdings, LLC
jbrodis@parrbrown.com, tgard-moore@parrbrown.com

Jeremy M. Brodis on behalf of Counter-Defendant Litigation Holdings, LLC
jbrodis@parrbrown.com, tgard-moore@parrbrown.com

Ryan C. Cadwallader on behalf of Consultant FTI Consulting, Inc.
rcadwallader@kmclaw.com, twhite@kmclaw.com

Ryan C. Cadwallader on behalf of Defendant Black Iron, LLC
rcadwallader@kmclaw.com, twhite@kmclaw.com

Ryan C. Cadwallader on behalf of Plaintiff Black Iron, LLC
rcadwallader@kmclaw.com, twhite@kmclaw.com

Deborah Rae Chandler on behalf of Defendant Black Iron, LLC
dchandler@aklawfirm.com

Deborah Rae Chandler on behalf of Defendant Gilbert Development Corporation
dchandler@aklawfirm.com

Geoffrey L. Chesnut on behalf of Witness Paul Cozzens
courtmailrr@expresslaw.com, gchesnut@arguslawgroup.com;ethan@arguslawgroup.com

David J Crapo on behalf of Debtor Black Iron, LLC
djcrapo@crapodeeds.com

Bret R Evans on behalf of 3rd Party Plaintiff Helm Financial Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Creditor Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Creditor Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Helm Financial Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Plaintiff Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Plaintiff Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Dana T. Farmer on behalf of 3rd Pty Defendant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of 3rd Pty Defendant Gilbert Development Corporation
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Claimant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Defendant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Defendant Gilbert Development Corporation
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Defendant Gilbert Development Corporation
dana.farmer@dentons.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Plaintiff Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Douglas Farr on behalf of 3rd Party Plaintiff Helm Financial Corporation
dfarr@buchalter.com, docket@buchalter.com

Douglas Farr on behalf of Creditor Wells Fargo Rail Corporation
dfarr@buchalter.com, docket@buchalter.com

Douglas Farr on behalf of Defendant Helm Financial Corporation
dfarr@buchalter.com, docket@buchalter.com

Nathan R. Firouzi on behalf of Creditor Utah State Tax Commission
nrfirouzi@crapodeeds.com

Sarah Goldberg on behalf of Creditor Matec America, Inc.
goldbergsa@gtlaw.com, longca@gtlaw.com

Sarah Goldberg on behalf of Creditor Matec S.R.L.
goldbergsa@gtlaw.com, longca@gtlaw.com

Stephen E.W. Hale on behalf of 3rd Party Plaintiff Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

Stephen E.W. Hale on behalf of Counter-Defendant Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

Stephen E.W. Hale on behalf of Interested Party Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

R. Blake Hamilton on behalf of 3rd Pty Defendant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of 3rd Pty Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Claimant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Defendant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Plaintiff Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

Brent O. Hatch on behalf of Defendant Hatch, James & Dodge
hatch@hatchpc.com, admin@hatchpc.com

Mark E. Hindley on behalf of Accountant WSRP
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Appraiser Morley & McConkie
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Attorney Stoel Rives LLP
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Consultant Rocky Mountain Advisory, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Consultant Todd Wahlquist
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Debtor Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Other Prof. Roscoe Postle Associates, Inc.
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Other Prof. Kary Jensen
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Plaintiff Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Plaintiff Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Witness Secretariat Advisors LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

David J. Jordan on behalf of Attorney Stoel Rives LLP
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Debtor Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Defendant Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Interested Party Utah Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Other Prof. Roscoe Postle Associates, Inc.
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Other Prof. Kary Jensen
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Plaintiff Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Plaintiff Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Witness Secretariat Advisors LLC
djordan@foley.com, skamaya@foley.com

Penrod W. Keith on behalf of 3rd Pty Defendant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Claimant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Defendant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Defendant Gilbert Development Corporation
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Defendant Gilbert Development Corporation
penrod.keith@dentons.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Plaintiff Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Peter J. Kuhn on behalf of U.S. Trustee United States Trustee
Peter.J.Kuhn@usdoj.gov,
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Matthew L. Lalli on behalf of Defendant Wells Fargo Rail Corporation
mlalli@swlaw.com

Matthew L. Lalli on behalf of Plaintiff Wells Fargo Rail Corporation
mlalli@swlaw.com

David B. Levant on behalf of Debtor Black Iron, LLC
david.levant@stoel.com

David B. Levant on behalf of Defendant Black Iron, LLC
david.levant@stoel.com

David B. Levant on behalf of Plaintiff Black Iron, LLC
david.levant@stoel.com

Laron J. Lind on behalf of Creditor Utah State Tax Commission
llind@agutah.gov

Ralph R. Mabey on behalf of Counter-Defendant Black Iron, LLC
rmabey@kmclaw.com

Ralph R. Mabey on behalf of Plaintiff Black Iron, LLC
rmabey@kmclaw.com

David W. Newman tr on behalf of U.S. Trustee United States Trustee
David.W.Newman@usdoj.gov,
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Ellen E. Ostrow on behalf of Attorney Stoel Rives LLP
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Counter-Defendant Black Iron, LLC

eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Debtor Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Defendant Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Defendant Gilbert Development Corporation
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Interested Party Utah Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Utah Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen Ostrow Tr on behalf of Interested Party Utah Iron, LLC
eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com

Thomas William Peters on behalf of Creditor Iron County, Commissioners, Assesso
twp@psplawyers.com, hj@psplawyers.com

Brian M. Rothschild on behalf of 3rd Party Plaintiff Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of 3rd Pty Defendant CML Metals Corporation
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of 3rd Pty Defendant PIC Railroad, Inc.
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Creditor Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant CML Metals Corporation
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant PIC Railroad, Inc.
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Gordon H. Rowe on behalf of Defendant Utah Division of Oil, Gas and Mining
growe@agutah.gov

Gordon H. Rowe on behalf of Interested Party Utah Division of Oil, Gas and Mining
growe@agutah.gov

David W. Scofield on behalf of Creditor Iron County, Commissioners, Assesso
dws@psplawyers.com, reception@psplawyers.com,cjh@psplawyers.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Helm Financial Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Creditor Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Helm Financial Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Helm-Pacific Leasing
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Plaintiff Helm-Pacific Leasing

asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Plaintiff Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Jeffrey L. Trousdale on behalf of Creditor Guidepoint Management, LLC
jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law

Jeffrey L. Trousdale on behalf of Interested Party Guidepoint Management, LLC
jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

*/s/ Aaron M. Waite*