LARON LIND, Bar (#8334)
AARON M. WAITE (#8992)
Assistant Attorney General
SEAN D. REYES (#7969)
Utah Attorney General
160 East 300 South, 5th Floor
P.O. Box 140874
Salt Lake City, Utah 84114-0874
Telephone: (801) 386-3627
Email: aaronmwaite@agutah.gov

*Attorneys for Utah State Tax Commission*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re: | Bankruptcy Case No. 17-24816 |
| BLACK IRON, LLC, | Chapter 11 |
| Debtor(s). | Honorable William T. Thurman |

**ORDER GRANTING SECOND STIPULATED MOTION FOR EXTENSION OF DEADLINES**

The SECOND STIPULATED MOTION FOR EXTENSION OF DEADLINES [Dkt No. 699] ("Motion") between Utah Iron, LLC, Iron County, and the Utah State Tax Commission came before the Court. The Court considered the Motion, and good cause appearing, orders as follows:

1. The Motion is granted; and

2. The following deadlines are extended, as follows.

1

| Description of Event | Current Deadline | New Deadline |
| --- | --- | --- |
| Written Discovery completed | Thursday, February 15, 2024 (extended to April 1 by verbal agreement) | Friday, September 27, 2024 |
| Fact Discovery cut-off | Thursday, April 18, 2024 | Friday, October 25, 2024 |
| Designate Retained Experts | Thursday, April 25, 2024 | Friday, November 1, 2024 |
| Reports from Experts | Thursday, June 13, 2024 | Friday, December 6, 2024 |
| Expert Discovery cut-off - if experts designated | Tuesday, June 18, 2024 | Not Applicable |
| Designate Rebuttal Experts | Thursday, June 27, 2024 | Friday, January 10, 2025 |
| Reports from Rebuttal Experts | Thursday, August 8, 2024 | Friday, February 7, 2025 |
| Expert Discovery Completed | Thursday, October 10, 2024 | Friday, March 7, 2025 |
| Deadline for Dispositive Motions | Thursday, September 5, 2024 | Friday, March 28, 2025 |
| Attorney's Conference | Thursday, October 17, 2024 | Friday, May 16, 2025 |
| Pretrial Order | Tuesday, November 5, 2024 | Friday, May 30, 2025 |
| Final Pretrial Conference | December 5, 2024 at 10 a.m. | June 26, 2025, at 10 a.m. |
| Supplementations - Rule 26(e) | 30 days before trial | |

*\*\* End of Order\*\**

Form Approved By:

DATED this 21 day of June 2024.

    */s/ Thomas W. Peters (with permission)*
David W. Scofield
Thomas W. Peters
*Attorneys for Iron County*

DATED this this 21 day of June 2024.

    */s/ Ellen E. Ostrow (with permission)*
David J. Jordan
Ellen E. Ostrow
*Attorneys for Utah Iron, LLC*

DATED this this 21 day of June 2024.

    */s/ Aaron M. Waite*
Laron Lind

2

        Aaron M. Waite
          *Attorneys for Utah State Tax Commission*

<u>DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER</u>

Service of the foregoing ORDER GRANTING SECOND STIPULATED MOTION TO EXTEND DEADLINE FOR REPORT OF PARTIES PLANNING MEETING shall be served on the parties in the manner designated below:

By Electronic Service: I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Troy J. Aramburu on behalf of 3rd Party Plaintiff Helm Financial Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Creditor Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Creditor Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Helm Financial Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Defendant Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Plaintiff Helm-Pacific Leasing
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Troy J. Aramburu on behalf of Plaintiff Wells Fargo Rail Corporation
taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Jeremy M. Brodis on behalf of 3rd Party Plaintiff Litigation Holdings, LLC
jbrodis@parrbrown.com, tgard-moore@parrbrown.com

Jeremy M. Brodis on behalf of Counter-Defendant Litigation Holdings, LLC
jbrodis@parrbrown.com, tgard-moore@parrbrown.com

4

Ryan C. Cadwallader on behalf of Consultant FTI Consulting, Inc.
rcadwallader@kmclaw.com, twhite@kmclaw.com

Ryan C. Cadwallader on behalf of Defendant Black Iron, LLC
rcadwallader@kmclaw.com, twhite@kmclaw.com

Ryan C. Cadwallader on behalf of Plaintiff Black Iron, LLC
rcadwallader@kmclaw.com, twhite@kmclaw.com

Deborah Rae Chandler on behalf of Defendant Black Iron, LLC
dchandler@aklawfirm.com

Deborah Rae Chandler on behalf of Defendant Gilbert Development Corporation
dchandler@aklawfirm.com

Geoffrey L. Chesnut on behalf of Witness Paul Cozzens
courtmailrr@expresslaw.com, gchesnut@arguslawgroup.com;ethan@arguslawgroup.com

David J Crapo on behalf of Debtor Black Iron, LLC
djcrapo@crapodeeds.com

Bret R Evans on behalf of 3rd Party Plaintiff Helm Financial Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Creditor Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Creditor Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Helm Financial Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Defendant Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Plaintiff Helm-Pacific Leasing
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Bret R Evans on behalf of Plaintiff Wells Fargo Rail Corporation
brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

Dana T. Farmer on behalf of 3rd Pty Defendant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of 3rd Pty Defendant Gilbert Development Corporation
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Claimant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Defendant Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Counter-Defendant Gilbert Development Corporation
dfarmer@djplaw.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Defendant Gilbert Development Corporation
dana.farmer@dentons.com, tonya.hardy@dentons.com

Dana T. Farmer on behalf of Plaintiff Black Iron, LLC
dfarmer@djplaw.com, tonya.hardy@dentons.com

Douglas Farr on behalf of 3rd Party Plaintiff Helm Financial Corporation
dfarr@buchalter.com, docket@buchalter.com

Douglas Farr on behalf of Creditor Wells Fargo Rail Corporation
dfarr@buchalter.com, docket@buchalter.com

Douglas Farr on behalf of Defendant Helm Financial Corporation
dfarr@buchalter.com, docket@buchalter.com

Nathan R. Firouzi on behalf of Creditor Utah State Tax Commission
nrfirouzi@crapodeeds.com

Sarah Goldberg on behalf of Creditor Matec America, Inc.
goldbergsa@gtlaw.com, longca@gtlaw.com

Sarah Goldberg on behalf of Creditor Matec S.R.L.
goldbergsa@gtlaw.com, longca@gtlaw.com

Stephen E.W. Hale on behalf of 3rd Party Plaintiff Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

Stephen E.W. Hale on behalf of Counter-Defendant Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

Stephen E.W. Hale on behalf of Interested Party Litigation Holdings, LLC
shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com

R. Blake Hamilton on behalf of 3rd Pty Defendant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of 3rd Pty Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Claimant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Defendant Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Counter-Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Defendant Gilbert Development Corporation
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

R. Blake Hamilton on behalf of Plaintiff Black Iron, LLC
bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com

Brent O. Hatch on behalf of Defendant Hatch, James & Dodge
hatch@hatchpc.com, admin@hatchpc.com

Mark E. Hindley on behalf of Accountant WSRP
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Appraiser Morley & McConkie
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Attorney Stoel Rives LLP
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Consultant Rocky Mountain Advisory, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Consultant Todd Wahlquist
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Debtor Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Other Prof. Roscoe Postle Associates, Inc.
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Other Prof. Kary Jensen
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Plaintiff Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Plaintiff Black Iron, LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

Mark E. Hindley on behalf of Witness Secretariat Advisors LLC
mhindley@mayerbrown.com, pdocket@mayerbrown.com

David J. Jordan on behalf of Attorney Stoel Rives LLP
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Debtor Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Defendant Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Interested Party Utah Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Other Prof. Roscoe Postle Associates, Inc.
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Other Prof. Kary Jensen
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Plaintiff Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Plaintiff Black Iron, LLC
djordan@foley.com, skamaya@foley.com

David J. Jordan on behalf of Witness Secretariat Advisors LLC
djordan@foley.com, skamaya@foley.com

Penrod W. Keith on behalf of 3rd Pty Defendant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Claimant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Defendant Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Counter-Defendant Gilbert Development Corporation
pkeith@djplaw.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Defendant Gilbert Development Corporation
penrod.keith@dentons.com, kristin.hughes@dentons.com

Penrod W. Keith on behalf of Plaintiff Black Iron, LLC
pkeith@djplaw.com, kristin.hughes@dentons.com

Peter J. Kuhn on behalf of U.S. Trustee United States Trustee
Peter.J.Kuhn@usdoj.gov,
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Matthew L. Lalli on behalf of Defendant Wells Fargo Rail Corporation
mlalli@swlaw.com

Matthew L. Lalli on behalf of Plaintiff Wells Fargo Rail Corporation
mlalli@swlaw.com

David B. Levant on behalf of Debtor Black Iron, LLC
david.levant@stoel.com

David B. Levant on behalf of Defendant Black Iron, LLC
david.levant@stoel.com

David B. Levant on behalf of Plaintiff Black Iron, LLC
david.levant@stoel.com

Laron J. Lind on behalf of Creditor Utah State Tax Commission
llind@agutah.gov

Ralph R. Mabey on behalf of Counter-Defendant Black Iron, LLC
rmabey@kmclaw.com

Ralph R. Mabey on behalf of Plaintiff Black Iron, LLC
rmabey@kmclaw.com

David W. Newman tr on behalf of U.S. Trustee United States Trustee
David.W.Newman@usdoj.gov,
James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov

Ellen E. Ostrow on behalf of Attorney Stoel Rives LLP
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Counter-Defendant Black Iron, LLC

eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Debtor Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Defendant Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Defendant Gilbert Development Corporation
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Interested Party Utah Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Black Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen E. Ostrow on behalf of Plaintiff Utah Iron, LLC
eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com

Ellen Ostrow Tr on behalf of Interested Party Utah Iron, LLC
eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;eostrow@foley.com

Thomas William Peters on behalf of Creditor Iron County, Commissioners, Assesso
twp@psplawyers.com, hj@psplawyers.com

Brian M. Rothschild on behalf of 3rd Party Plaintiff Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of 3rd Pty Defendant CML Metals Corporation
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of 3rd Pty Defendant PIC Railroad, Inc.
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Creditor Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant CML Metals Corporation
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant PIC Railroad, Inc.
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Brian M. Rothschild on behalf of Defendant Michael Conboy
brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com

Gordon H. Rowe on behalf of Defendant Utah Division of Oil, Gas and Mining
growe@agutah.gov

Gordon H. Rowe on behalf of Interested Party Utah Division of Oil, Gas and Mining
growe@agutah.gov

David W. Scofield on behalf of Creditor Iron County, Commissioners, Assesso
dws@psplawyers.com, reception@psplawyers.com,cjh@psplawyers.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Helm Financial Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Helm-Pacific Leasing
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of 3rd Party Plaintiff Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Creditor Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Helm Financial Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Helm-Pacific Leasing
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Defendant Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Plaintiff Helm-Pacific Leasing

asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Amy F. Sorenson on behalf of Plaintiff Wells Fargo Rail Corporation
asorenson@swlaw.com,
sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com

Jeffrey L. Trousdale on behalf of Creditor Guidepoint Management, LLC
jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law

Jeffrey L. Trousdale on behalf of Interested Party Guidepoint Management, LLC
jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law

United States Trustee
USTPRegion19.SK.ECF@usdoj.gov

                                        */s/ Aaron M. Waite*