**This order is SIGNED.**

Dated: June 27, 2024



**WILLIAM T. THURMAN**
U.S. Bankruptcy Judge



slo

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re: | Bankruptcy Number: 17-24816 |
| BLACK IRON, LLC, | Hon. William T. Thurman |
| Debtor. | Chapter 11 |

**ORDER GRANTING IN PART AND DENYING IN PART IRON COUNTY'S MOTION FOR PROTECTIVE ORDER PRECLUDING OR LIMITING, ON GROUNDS OF LEGISLATIVE PRIVILEGE, IRON COUNTY COMMISSIONERS' DEPOSITIONS (DOCKET NO. 691)**

On June 27, 2024 the Court conducted a hearing on Iron County's Motion for Protective Order Precluding or Limiting, on Grounds of Legislative Privilege, Iron County Commissioners' Depositions ("Motion for Protective Order") at Docket No. 691. David Jordan and Deborah Chandler appeared on behalf of Utah Iron, LLC. Thomas Peters appeared on behalf of Iron County. Geoffrey Chesnut appeared on behalf of Paul Cozzens. Aaron Waite appeared on behalf of the Utah State Tax Commission. No other parties made an appearance on the record.

After careful consideration of the relevant documents on file with the Court and oral argument from the parties at the hearing, the Court ruled on the record. Based on the foregoing and for good cause appearing, the Court **HEREBY ORDERS**:

1. The Motion for Protective Order is granted in part and denied in part, consistent with the requirements set forth in this Order.

2. If Utah Iron desires to propound questions to Iron County Commissioners Marilyn Wood and/or Mike Bleak (the "Commissioners"), it shall serve a written list of questions on Counsel for Iron County, including an explanation of relevancy for each question no later than **July 2, 2024 at 12:00 a.m. MT.** The Commissioners shall serve responses to the questions or provide a privilege log to questions they choose not to answer and provide reasons for the same as per each question no later than **July 8, 2024 at 12:00 a.m. MT.** In the event there is an ongoing dispute over the questions and answers, Iron County may contact the Court at 801-524-6687 or 801-524-6583 to set a hearing or request an informal teleconference with the Honorable William T. Thurman to resolve the dispute. The hearing or informal teleconference may be set on as little as 1 days' notice.

3. All other provisions of the existing scheduling order entered on May 23, 2024 (docket no. 694) shall remain in full force and effect.

END OF DOCUMENT

## DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER

Service of the foregoing **ORDER GRANTING IN PART AND DENYING IN PART IRON COUNTY'S MOTION FOR PROTECTIVE ORDER PRECLUDING OR LIMITING, ON GROUNDS OF LEGISLATIVE PRIVILEGE, IRON COUNTY COMMISSIONERS' DEPOSITIONS (DOCKET NO. 691)** shall be served on the parties in the manner designated below:

**By Electronic Service**: The parties of record in this case, as identified below, are registered CM/ECF users.

- Troy J. Aramburu    taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- Jeremy M. Brodis    jbrodis@parrbrown.com, tgard-moore@parrbrown.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- Geoffrey L. Chesnut    courtmailrr@expresslaw.com, gchesnut@arguslawgroup.com;ethan@arguslawgroup.com
- David J Crapo    djcrapo@crapodeeds.com
- Bret R Evans    brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- Dana T. Farmer    dana.farmer@dentons.com, tonya.hardy@dentons.com
- Dana T. Farmer    dfarmer@djplaw.com, tonya.hardy@dentons.com
- Douglas Farr    dfarr@buchalter.com, docket@buchalter.com
- Nathan R. Firouzi    nrfirouzi@crapodeeds.com
- Sarah Goldberg    goldbergsa@gtlaw.com, longca@gtlaw.com
- Stephen E.W. Hale    shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com
- R. Blake Hamilton    bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com
- Brent O. Hatch    hatch@hatchpc.com, admin@hatchpc.com
- Mark E. Hindley    mhindley@mayerbrown.com, pdocket@mayerbrown.com
- David J. Jordan    djordan@foley.com, skamaya@foley.com
- Penrod W. Keith    penrod.keith@dentons.com, kristin.hughes@dentons.com
- Penrod W. Keith    pkeith@djplaw.com, kristin.hughes@dentons.com
- Peter J. Kuhn    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Matthew L. Lalli    mlalli@swlaw.com
- David B. Levant    david.levant@stoel.com
- Laron J. Lind    llind@agutah.gov
- Ralph R. Mabey    rmabey@kmclaw.com

- David W. Newman tr   David.W.Newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Ellen E. Ostrow   eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;acardenas@foley.com
- Ellen Ostrow Tr   eostrow@foley.com, acardenas@foley.com;UT33@ecfcbis.com;jcharrison@foley.com;eostrow@foley.com
- Thomas William Peters   twp@psplawyers.com, hj@psplawyers.com
- Brian M. Rothschild   brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Gordon H. Rowe   growe@agutah.gov
- David W. Scofield   dws@psplawyers.com, reception@psplawyers.com,cjh@psplawyers.com
- Amy F. Sorenson   asorenson@swlaw.com, sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com
- Jeffrey L. Trousdale   jtrousdale@cohnekinghorn.com, mparks@ck.law;apetersen@ck.law
- United States Trustee   USTPRegion19.SK.ECF@usdoj.gov
- Aaron M. Waite   aaronmwaite@agutah.gov

**By U.S. Mail**: In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

None.