DAVID W. SCOFIELD - 4140
THOMAS W. PETERS - 8856
**PETERS | SCOFIELD**
*A Professional Corporation*
7430 Creek Road, Suite 303
Sandy, Utah 84093
Telephone:     (801) 322-2002
Facsimile:     (801) 912-0320
Email: dws@psplawyers.com
          twp@psplawyers.com

*Attorneys for Iron County*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>BLACK IRON, LLC,<br><br>    Debtor | Chapter 11 Case No. 17-24816 WTT<br><br>Honorable William T. Thurman |

**IRON COUNTY'S WITNESS LIST AND EXHIBIT LIST FOR JULY 18, 2024 EVIDENTIARY HEARING ON UTAH IRON'S MOTION FOR TERMINATING SANCTIONS**

Iron County (the "County"), by and through its undersigned counsel, respectfully submits the following witness and exhibit list for the July 18, 2024 Evidentiary Hearing on Utah Iron's Motion for Terminating Sanctions:

**I.    Witnesses:**

Iron County intends to call the following Witnesses for the Evidentiary Hearing on the Motion for Terminating Sanctions:

-

Iron County may call the following Witnesses for the Evidentiary Hearing on the Motion for Terminating Sanctions:

- Iron County Auditor Lucas Little
- Iron County Chief Deputy Auditor Carrie Christiansen
- Iron County Commissioner Marilyn Wood
- Iron County Commissioner Michael Bleak
- Iron County Commissioner Paul Cozzens
- Iron County Planner Reed Erickson
- Iron County Treasurer Nicole Rosenberg
- Former Iron County Auditor Dan Jessen
- Officer Timothy Max Bonzo

Iron County reserves the right to cross examine and or call directly any witnesses presented by any party in interest during the Evidentiary Hearing.

## II. Exhibits:

A. 2014 Notice of Valuation

B. 2016 Notice of Valuation

C. 2017 Notice of Valuation

D. 2018 Notice of Valuation

E. 2019 Notice of Valuation

F. 2014 Property Tax Notice

G. 2016 Property Tax Notice

H. 2017 Property Tax Notice

I. 2018 Property Tax Notice

J. 2019 Property Tax Notice

K. Statement of Taxes Due

L.      Excerpt of Audio of Planning Commission Meeting on June 18, 2020 (provided electronically via downloadable link)

M.      Full Audio of Planning Commission Meeting on June 18, 2020 (provided electronically via downloadable link)

N.      Documents provided in Paragraph 2.a, of the Utah State Tax Commission's First Supplemental Initial Disclosures, dated October 3, 2023. The Utah State Tax Commission Assessments for 2014, 2016, 2017, 2018 and 2019 for taxpayers, CML Metals, Black Iron and Utah Iron (provided in electronic format from the Utah State Tax Commission's First Supplemental Initial Disclosures, dated October 3, 2023).

**DATED** this 11th day of July, 2024.

                                  **PETERS | SCOFIELD**
                                  *A Professional Corporation*

                                  /s/ Thomas W. Peters
                                  THOMAS W. PETERS
                                  *Attorneys for Iron County*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that he caused the foregoing **IRON COUNTY'S WITNESS LIST AND EXHIBIT LIST FOR JULY 18, 2024 EVIDENTIARY HEARING ON UTAH IRON'S MOTION FOR TERMINATING SANCTIONS** to be filed with the Court through its CM/ECF system, this 11th day of July, 2024, which will serve copies hereof electronically on all parties appearing through their counsel.

/s/ Thomas W. Peters