David J. Jordan (USB #1751)
Ellen E. Ostrow (USB #14743)
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: 801.401.8900
Email: djordan@foley.com
Email: eostrow@foley.com

*Attorneys for Utah Iron, LLC*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH**

| | |
|---|---|
| In re BLACK IRON, LLC,<br><br>Debtor. | Bankruptcy Case No. 17-24816<br><br>Chapter 11<br><br>Hon. William T. Thurman |

**UTAH IRON'S WITNESS AND EXHIBIT LIST
EVIDENTIARY HEARING SCHEDULED FOR JULY 18, 2024**

Utah Iron, LLC ("***Utah Iron***"), by and through undersigned counsel, hereby submits this Witness and Exhibit List for the hearing scheduled on July 18, 2024, at 9:00 a.m. (the "***Hearing***").

**WITNESSES**

Utah Iron may call any of the following witnesses at the Hearing:

A. Paul Cozzens

B. Nicole Rosenberg

C. Reed Erikson

D. Steve Gilbert

1

  E.  Toni Cornforth

  F.  Michelle Campeau, Bureau of Land Management

  G.  Any witness called or designated by any other party.

  H.  Any witnesses necessary for impeachment or rebuttal.

## EXHIBITS

Utah Iron may offer into evidence any one or more of the following exhibits at the Hearing:

| Exh. | Description |
|---|---|
| 1. | Deposition Transcript of Paul Cozzens-September 13, 2022 |
| 2. | Deposition of Nicole Rosenberg-August 8, 2023 |
| 3. | Deposition of Iron County (30(b)(6): Carrie Christiansen)-August 8, 2023 |
| 4. | Deposition Transcript of Reed Erikson-October 24, 2023 |
| 5. | Iron County Commission Meeting Minutes-January 8, 2018 |
| 6. | Iron County Commission Meeting Minutes-March 26, 2018 |
| 7. | Iron County Commission Meeting Minutes-February 26, 2018 |
| 8. | Iron County Commission Meeting Minutes-October 22, 2018 |
| 9. | Iron County Commission Meeting Minutes-May 14, 2018 |
| 10. | Letter to Commissioners from Daniel Stewart-October 13, 2015 |
| 11. | Notice and Agenda of Meeting with Board of Commissioners of Iron County |
| 12. | Iron County Commission Meeting Minutes-December 10, 2018 |
| 13. | Iron County Commission Meeting Minutes-March 11, 2019 |
| 14. | Memorandum Decision after Trial-August 30, 2019 |

| Exh. | Description |
|---|---|
| 15. | Letter to Curtis Williams from Miken Larson-March 3, 2021 |
| 16. | Letter to Miken Larson from Nicole Rosenberg-April 2, 2021 |
| 17. | Email, In re: Summary of Taxes Due-June 20, 2023 |
| 18. | Iron County Commission Meeting Minutes-June 18, 2020 |
| 19. | Iron County Commission Meeting Minutes-January 27, 2020 |
| 20. | Facebook Post of Gary Arnell-May 17, 2022 |
| 21. | 2014 Revised Notice of Valuation |
| 22. | Iron County Sheriff's Office Incident 20-02716 |
| 23. | Voluntary Statement of Mark Rogers-December 19, 2020 |
| 24. | Email, In re: Assessed Mine Values-June 3, 2021 |
| 25. | Notice of Deposition for Carrie Christiansen |
| 26. | Motion for Terminating Sanctions-November 21, 2023 |
| 27. | FOIA Bodycam Video 095740-December 21, 2020, Excerpt |
|  | Any exhibit designated by or relied on by any other party |
|  | Any exhibit necessary for rebuttal or impeachment |

Utah Iron reserves the right to supplement or amend this Witness and Exhibit List at any time before the Hearing.

DATED: July 11, 2024                    **FOLEY & LARDNER LLP**

/s/ *David J. Jordan*
David J. Jordan
Ellen E. Ostrow
*Attorneys for Utah Iron, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of July, 2024, I caused a true and correct copy of **UTAH IRON'S WITNESS/AND EXHIBIT LIST** to be sent as follows:

- **By electronic mail to the parties listed below:**

    Thomas W. Peters
    David Scofield
    *twp@psplawyers.com*
    *dws@psplawyers.com*
    Peters │ Scofield
    7430 Creek Road Ste 303
    Sandy, UT 84093

    Laron J. Lind
    *llind@agutah.gov*
    Joshua R. Nelson
    *joshuanelson@agutah.gov*
    Assistant Attorneys General
    Sean D. Reyes
    Utah Attorney General
    160 East 300 South, 5th Floor
    P.O. Box 140874
    Salt Lake City, UT 84114-0874

    Geoffrey L. Chesnut
    gchesnut@arguslawgroup.com
    Argus Law Group
    2107 West Sunset Blvd., Second Floor
    St. George, UT  84770

                                            */s/ Stacy Kamaya*