David J. Jordan (USB #1751)
Ellen E. Ostrow (USB #14743)
Foley & Lardner LLP
95 S. State Street, Suite 2500
Salt Lake City, Utah 84111
Telephone: 801.401.8900
Email: djordan@foley.com
Email: eostrow@foley.com
*Attorneys for Utah Iron, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | Bankruptcy Case No. 17-24816 |
|---|---|
| **BLACK IRON, LLC,** | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

**NOTICE OF UTAH IRON, LLC'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE AND NOTICE OF HEARING**

**Objection Deadline: January 30, 2025**
**Hearing Date: February 13, 2025 at 10:00 a.m. (MT)**

**PLEASE TAKE NOTICE THAT**, on January 13, 2025, Utah Iron, LLC ("***Utah Iron***") filed with the United States Bankruptcy Court for the District of Utah (the "***Bankruptcy Court***") in the above-captioned bankruptcy case (the "***Bankruptcy Case***") *Utah Iron, LLC's Motion for Entry of Final Decree Closing Chapter 11 Case* (the "***Motion***").

**YOUR RIGHTS MAY BE AFFECTED. YOU SHOULD READ THE MOTION CAREFULLY, AND DISCUSS IT WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE**

In the Motion, Utah Iron requests the Court enter a final decree closing Black Iron's Chapter 11 Case, effective as of the filing of the Motion.

If you do not want the Court to grant the relief requested in the Motion, or you want the Court to consider your view, then you or your attorney must take the following steps:

1

4925-7111-5022.2

**(1)** On or before **January 30, 2025**, file with the Bankruptcy Court a written Objection explaining your position. Your written objection must be filed electronically, by mail, or by hand-delivery at:

> United States Bankruptcy Court
> 350 South Main Street, Room 301
> Salt Lake City, UT 84101

If you hand deliver your objection, deliver it to:

> Bankruptcy Court Intake Department
> Orrin G. Hatch U.S. Courthouse
> 351 South West Temple, 1st Floor
> Salt Lake City, Utah 84101

If you mail your objection to the Bankruptcy Court for filing, you must mail it early enough so the Court will *receive* it on or before the Objection Deadline. You must also mail a copy to the undersigned counsel at: Foley & Lardner LLP, 95 State Street, Suite 2500, Salt Lake City, Utah 84111, attn.: Ellen E. Ostrow and David J. Jordan.

**(2)** You must attend the hearing on the Motion, which is set for **February 13, 2025 at 10:00 a.m. (MT)** before the Honorable William T. Thurman. The hearing will be held by Zoom. Parties who wish to participate in the hearing should consult the Bankruptcy Court's website at https://www.utb.uscourts.gov/court-hearings-be-conducted-zoom for the most up-to-date information regarding zoom participation at a hearing.

Parties should log in to Zoom at www.zoomgov.com at least ten (10) minutes before the scheduled time for the hearing. The Meeting ID and Passcode for the Honorable William T. Thurman are: **Meeting ID: 160 7523 8590; Passcode: 9626637**.

**There will be no further notice of the hearing**, and failure to attend the hearing will be deemed a waiver of your objection. If you or your attorney do not take these two steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief. In the absence of a timely filed objection, the undersigned counsel may and will ask the Court to strike the hearing and enter an order granting the Motion without hearing.

DATED: January 13, 2025.

> */s/ Ellen E. Ostrow*
> David J. Jordan
> Ellen E. Ostrow
> *Attorneys for Utah Iron, LLC*

4925-7111-5022.2

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January, 2025, I caused a copy of the **NOTICE OF UTAH IRON, LLC'S MOTION FOR ENTRY OF FINAL DECREE CLOSING CHAPTER 11 CASE AND NOTICE OF HEARING** to be sent as follows:

- **By electronic service pursuant to the Court's CM/ECF system:**
    - Troy J. Aramburu - taramburu@swlaw.com, jritchie@swlaw.com, docket_slc@swlaw.com, awayne@swlaw.com
    - Jeremy M. Brodis - jbrodis@parrbrown.com, tgard-moore@parrbrown.com
    - Ryan C. Cadwallader - rcadwallader@kmclaw.com, twhite@kmclaw.com
    - Bret R Evans - brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
    - Dana T. Farmer - dana.farmer@dentons.com, melanie.thatcher@dentons.com;peri.brimley@dentons.com;ariana.bustos@dentons.com
    - Dana T. Farmer - dfarmer@djplaw.com, melanie.thatcher@dentons.com;peri.brimley@dentons.com;ariana.bustos@dentons.com
    - Douglas Farr - dfarr@swlaw.com, docket_slc@swlaw.com;sballif@swlaw.com • Nathan R. Firouzi - nfirouzi@fabianvancott.com
    - Sarah Goldberg - goldbergsa@gtlaw.com, longca@gtlaw.com
    - Stephen E.W. Hale - shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com
    - R. Blake Hamilton - bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com;pbrimley@djplaw.com;abustos@djplaw. Com
    - Penrod W. Keith - penrod.keith@dentons.com, kristin.hughes@dentons.com
    - Peter J. Kuhn - Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov
    - Matthew L. Lalli - mlalli@swlaw.com
    - David B. Levant - david.levant@stoel.com
    - Ralph R. Mabey - rmabey@kmclaw.com • John T. Morgan - john.t.morgan@usdoj.gov,
    - David W. Newman tr - David.W.Newman@usdoj.gov, Lindsey.Huston@usdoj.gov;James.Gee@usdoj.gov;Rinehart.Peshell@usdoj.gov; Rachell e.D.Armstrong@usdoj.gov
    - Brian M. Rothschild - brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
    - Gordon H. Rowe - growe@agutah.gov
    - Amy F. Sorenson - asorenson@swlaw.com, smoen@swlaw.com
    - Jeffrey L. Trousdale - jtrousdale@cohnekinghorn.com, mparks@cohnekinghorn.com
    - Geoffrey L. Chestnut - gchesnut@arguslawgroup.com

- o  United States Trustee - USTPRegion19.SK.ECF@usdoj.gov

- **By U.S. Mail**: In addition to the parties of record receiving notice through the CM/ECF system, the parties listed on the Court's official mailing matrix via U.S. mail.

        /s/ *Geysa Peeler*
        Legal Assistant

4

4925-7111-5022.2