David J. Jordan (USB #1751)
Ellen E. Ostrow (USB #14743)
FOLEY & LARDNER LLP
95 S. State Street, Suite 2500
Salt Lake City, UT 84111
Telephone: 801. 401.8900
Email: djordan@foley.com
Email: eostrow@foley.com

*Attorneys for Utah Iron, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF UTAH

| In re: | |
|---|---|
| **BLACK IRON, LLC,** | Bankruptcy Case No. 17-24816 |
| | Chapter 11 |
| Debtor. | Honorable William T. Thurman |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2025, I caused to be served true and correct copies of the following:

- *Utah Iron, LLC's Motion for Entry of Final Decree Closing Chapter 11 Case and Proposed Order Granting Motion for Final Decree Closing Chapter 11 Case* [Docket No. 726]; and
- *Notice of Utah Iron, LLC's Motion for Entry of Final Decree Closing Chapter 11 Case and Notice of Hearing* [Docket No. 727].

by regular First Class Mail, postage fully pre-paid, to all parties as set forth herein listed on the Official Court Mailing Matrix attached hereto.

**By electronic service pursuant to the Court's CM/ECF system:**

- Troy J. Aramburu    taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

- Jeremy M. Brodis    jbrodis@parrbrown.com, tgard-moore@parrbrown.com
- Ryan C. Cadwallader    rcadwallader@kmclaw.com, twhite@kmclaw.com
- Deborah Rae Chandler    dchandler@aklawfirm.com
- Alexander Sun Chang    achang@parsonsbehle.com
- Geoffrey L. Chesnut    courtmailrr@expresslaw.com, gchesnut@arguslawgroup.com;ethan@arguslawgroup.com
- David J Crapo    djcrapo@crapodeeds.com
- Bret R Evans    brevans@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com
- Dana T. Farmer    dana.farmer@dentons.com, tonya.hardy@dentons.com
- Dana T. Farmer    dfarmer@djplaw.com, tonya.hardy@dentons.com
- Douglas Farr    dfarr@buchalter.com, docket@buchalter.com
- Nathan R. Firouzi    nrfirouzi@crapodeeds.com
- Sarah Goldberg    goldbergsa@gtlaw.com, longca@gtlaw.com
- Stephen E.W. Hale    shale@parrbrown.com, acoats@parrbrown.com;calendar@parrbrown.com
- R. Blake Hamilton    bhamilton@djplaw.com, agregson@djplaw.com;mthatcher@djplaw.com
- Brent O. Hatch    hatch@hatchpc.com, admin@hatchpc.com
- Mark E. Hindley    mhindley@mayerbrown.com, pdocket@mayerbrown.com
- David J. Jordan    djordan@foley.com, skamaya@foley.com,david-jordan-8691@ecf.pacerpro.com
- Penrod W. Keith    penrod.keith@dentons.com, kristin.hughes@dentons.com
- Penrod W. Keith    pkeith@djplaw.com, kristin.hughes@dentons.com
- Peter J. Kuhn    Peter.J.Kuhn@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Matthew L. Lalli    mlalli@swlaw.com
- David B. Levant    david.levant@stoel.com
- Laron J. Lind    llind@agutah.gov
- Ralph R. Mabey    rmabey@kmclaw.com
- David W. Newman tr    David.W.Newman@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Rinehart.Peshell@usdoj.gov;Rachelle.D.Hughes@usdoj.gov;Brittany.Dewitt@usdoj.gov
- Ellen E. Ostrow    eostrow@foley.com, ellen-ostrow-4512@ecf.pacerpro.com;docketflow@foley.com;geysa.peeler@foley.com

- Ellen Ostrow Tr  eostrow@foley.com, UT33@ecfcbis.com;eostrow@foley.com;geysa.peeler@foley.com;elisha.teed@foley.com
- Thomas William Peters  twp@psplawyers.com, hj@psplawyers.com
- Brian M. Rothschild  brothschild@parsonsbehle.com, ecf@parsonsbehle.com;docket@parsonsbehle.com
- Gordon H. Rowe  growe@agutah.gov
- David W. Scofield  dws@psplawyers.com, reception@psplawyers.com,cjh@psplawyers.com
- Amy F. Sorenson  asorenson@swlaw.com, sballif@swlaw.com,ddougherty@swlaw.com,DOCKET_SLC@swlaw.com
- Jeffrey L. Trousdale  jtrousdale@cohnekinghorn.com, mparks@ck.law
- United States Trustee  USTPRegion19.SK.ECF@usdoj.gov

**By U.S. first class mail, postage prepaid, and by electronic mail to the parties listed below:**

> **Durham Jones & Pinegar, P.C.**
> Attn: Dana T. Farmer
> 372 24th Street, Ste. 400
> Ogden, UT 84401
>
> **Dana T. Farmer**
> Smith Knowles P.C.
> 2225 Washington Blvd.
> Ogden, UT 84401
>
> **David E. Fox**
> Moore & Van Allen
> 3015 Carrington Mill Blvd.
> Suite 400
> Morrisville, NC 27560-6802
>
> **Kary Jensen**
> 4864 Jacquelyn Park Lane
> Ogden, UT 84401
>
> **Bryan J. Pattison**
> 111 South Main Street Ste 2400
> Salt Lake City, UT 84111

**Gary R. Thorup**
111 South Main Street Ste 2400
Salt Lake City, UT 84111

**Sharon Z. Weiss**
Bryan Cave Leighton Paisner LLP
120 Broadway, Suite 330
Santa Monica, CA 90401

DATED this January 17th, 2025.

*/s/ Geysa Peeler*
Legal Assistant

```
Label Matrix for local noticing          Black Iron, LLC                          Durham Jones & Pinegar, P.C.
1088-2                                   6249 West Gilbert Industrial Court       Attn: Dana T. Farmer
Case 17-24816                            Hurricane, UT 84737-6137                 372 24th Street, Ste. 400
District of Utah                                                                  Ogden, UT 84401-6889
Salt Lake City
Fri Jan 10 12:58:23 MST 2025

Iron County, Commissioners, Assesso      Morley & McConkie                        Rocky Mountain Advisory, LLC
c/o Thomas W. Peters, Peters Scofield    393 E. Riverside Drive                   215 South State Street Ste 550
7430 Creek Road                          Suite 102                                Salt Lake City, UT 84111-2356
Suite 303                                St. George, UT 84790-7122
Sandy, UT 84093-6160


Roscoe Postle Associates, Inc.           United States Trustee                    Utah Division of Oil, Gas and Mining
Attn: Richard J. Lambert                 Washington Federal Bank Bldg.            1594 West North Temple
55 University Ave., Suite 501            405 South Main Street                    Suite 300
Toronto, Ontario, M2J 2H7                Suite 300                                Salt Lake City, UT 84116-3154
 Canada                                  Salt Lake City, UT 84111-3402


Utah Iron, LLC                           Utah State Tax Commission                WSRP
1091 S. Toquer Blvd.                     c/o 160 E. 300 So. 5th Floor             155 North 400 West #400
Toquerville, UT 84774-5034               PO Box 140874                            Salt Lake City, UT 84103-1150
                                         Salt Lake City, UT 84114-0874


U.S. Bankruptcy Court                    Alysen D. Tarrant                        Andrea Jolley
350 South Main #301                      45 East 820 South                        Trustee of the AJ Legacy Trust
Salt Lake City, UT 84101-2195            Cedar City, UT 84720-3965                617 South Cove Drive, Unit 3
                                                                                  Cedar City, UT 84720-1926


Brad Hulet & Chery Anne Whitelaw Hulet   Brent O. Hatch                           Bureau of Land Management
Trustees of Hulet Family Living Trust    Johnson & Hatch                          440 West 200 South Street
P.O. Box 47                              10 West Broadway, Suite 400              Salt Lake City, UT 84101-1345
Newcastle, UT 84756-0047                 Salt Lake City UT 84101-2065


Cedar City Corporation                   Central Iron Co. Water Conservancy Dist. City of Hurricane
10 North Main Street                     88 E. Fiddler's Canyon Rd.               147 North 870 West
Cedar City, UT 84720-2635                Cedar City, UT 84721-9787                Hurricane, UT 84737-1671


Cohne Kinghorn                           Crusher Rental & Sales, Inc.             Cyndi Gilbert
Attn: George Hofmann/Jeffrey Trousdale   6251 West Gilbert Industrial Court       PO Box 190
111 East Broadway, 11th Floor            Hurricane, UT 84737-6137                 1091 Toquerville Blvd.
Salt Lake City, Utah 84111-5238                                                   Toquerville UT 84774-5034


David E. Fox                             Durham, Jones & Pinegar, P.C.            Gilbert Development Corporation
Moore & Van Allen                        Gary Thorup                              6249 West Gilbert Industrial Court
100 N. Tryon St., Ste 4700               111 South Main Street, Suite 2400        Hurricane, UT 84737-6137
Charlotte, NC 28202-4003                 Salt Lake City, UT 84111-2184


Hatch, James & Dodge                     Internal Revenue Service                 Iron County
Attn: Mark F. James, Mitchell Stephens   Centralized Insolvency Operation         P.O. Box 429
10 West Broadway, Suite 400              P.O. Box 7346                            Parowan, UT 84761-0429
Salt Lake City, UT 84101-2065            Philadelphia, PA  19101-7346
```

| | | |
|---|---|---|
| Iron County Recorder<br>P.O. Box 537<br>Parowan, UT 84761-0537 | Iron County Treasurer<br>69 South 100 East<br>Parowan, Utah 84761 | Iron County Treasurer<br>P O Box 369<br>Parowan, UT 84761-0369 |
| Justin Wayment<br>51 East 400 North, Building 1<br>P.O. Box 1808<br>Cedar City, UT 84721-1808 | Keith Gilbert<br>Trustee of the KG Legacy Trust<br>1294 N Ridgeway Dr<br>Cedar City, UT 84721-6025 | Kirton McConkie<br>Attn: Ralph R. Mabey, Adelaide Maudsley<br>P.O. Box 45120<br>Salt Lake City, UT 84145-0120 |
| Matec S.R. L.<br>Via Aurelia Ovest, 383<br>54100 Massa MS<br>Italy | Matthew L. Lalli<br>Snell & Wilmer<br>15 West South Temple, Suite 1200<br>Gateway Tower West<br>Salt Lake City UT 84101-1547 | McCornick Land, LLC<br>c/o Bob Holt<br>P.O. Box 130<br>Enterprise, UT 84725-0130 |
| Metalliferous Mining/Property Tax Div.<br>Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Michael Conboy<br>c/o Luxor Capital Group, LP<br>1114 Avenue of the Americas<br>Twenty-Eighth Floor<br>New York, NY 10003-5918 | Miken B. Larson<br>839 East Posado Street<br>Ivins, UT 84738-6005 |
| Mining Interests, Inc.<br>1324 West 670 North<br>Saint George, UT 84770-4606 | Moreton & Company<br>P.O. Box 58139<br>Salt Lake City, UT 84158-0139 | New Era Tactec<br>Attn: Jon C. Hunter<br>645 North 800 West<br>Cedar City, UT 84721-4098 |
| Parsons Behle & Latimer<br>Attn: Brian Rothschild<br>P.O. Box 45898<br>Salt Lake City, UT 84145-0898 | Platt & Platt, Inc.<br>P.O. Box 398<br>Cedar City, UT 84721-0361 | (p)PACIFIC POWER<br>ATTN LEGAL ADMINISTRATOR<br>825 NE MULTNOMAH ST STE 2000<br>PORTLAND OR 97232-2152 |
| Shawn Reber Farms, LLC<br>P.O. Box 13<br>Newcastle, UT 84756-0013 | Smith Knowles, P.C.<br>Attn: Dana Farmer<br>2225 Washington Blvd.<br>Ogden, UT 84401-6886 | Snow Christensen & Martineau<br>Attn: Michael R. Carlston<br>10 Exchange Place, 11th Floor<br>Salt Lake City, UT 84111-2824 |
| Solimar Power Partners<br>Attn: Albert Morten<br>5636 Connecticut Avenue, # 42678<br>Washington, DC 20015-7535 | Southern Utah Title<br>210 North 300 West #100<br>Cedar City, UT 84721-3591 | State Engineer<br>P.O. Box 146300<br>Salt Lake City, UT 84114-6300 |
| State of Utah Office of Attorney General<br>Tax & Business Services Division<br>P.O. Box 140874<br>Salt Lake City, UT 84114-0874 | Steve Gilbert<br>1091 South Toquer Boulevard<br>P.O. Box 190<br>Toqerville, UT 84774-0190 | UDWS Public Assistance Overpayment Unit<br>Attn: Debbie Torres<br>P.O. Box 2695<br>Salt Lake City, UT 84110-2695 |
| USTC Taxpayer Services Division<br>Attn: Michelle Riggs<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Utah Department of Workforce Services<br>P.O. Box 45233<br>Salt Lake City, UT 84145-0233 | Utah Division of Oil, Gas, and Mining<br>1594 West North Temple, Suite 1210<br>Salt Lake City, UT 84116-3154 |

| | | |
|---|---|---|
| Utah State Tax Commission<br>210 North 1950 West<br>Salt Lake City, UT 84134-9000 | Vertical Bridge CCR, LLC<br>Attn: Daniel Marinberg<br>750 Park of Commerce Drive, Suite 300<br>Boca Raton, FL 33487-3650 | WSRP, LLC<br>Attn: Gregory G. Prawitt<br>155 North 400 West, Suite 400<br>Salt Lake City, UT 84103-1150 |
| Washington County Assessor<br>87 North 200 East, Ste. 201<br>St. George, UT 84770-5019 | (p)WASHINGTON COUNTY TREASURER<br>ATTN DAVID WHITEHEAD<br>111 E TABERNACLE ST<br>ST GEORGE UT 84770-5232 | Wells Fargo Rail Corporation<br>c/o Snell and Wilmer, Douglas Farr<br>15 West South Temple, Ste 1200<br>Salt Lake City, UT 84101-1547 |
| Wells Fargo/First Union<br>c/o Snell and Wilmer, Douglas Farr<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101-1547 | Wood Land & Livestock, LLC<br>Frances Bryson Trustee<br>c/o Tom Bryson, Jr.<br>390 South 700 West<br>Cedar City, UT 84720-3025 | (p)ZIONS BANCORPORATION<br>P O BOX 30709 UT ZB11 0877<br>SALT LAKE CITY UT 84130-0709 |
| Bryan J. Pattison<br>111 South Main Street Ste 2400<br>Salt Lake City, UT 84111-2184 | Dana T. Farmer<br>Smith Knowles P.C.<br>2225 Washington Blvd.<br>Ogden, UT 84401-6886 | David B. Levant<br>Stoel Rives LLP<br>101 South Capitol Blvd.<br>Suite 1900<br>Boise, ID 83702-7705 |
| David J Crapo<br>Crapo Deeds PLLC<br>106 West 500 South<br>Suite 100<br>Bountiful, UT 84010-6203 | David J. Jordan<br>Foley & Lardner LLP<br>95 South State Street<br>Ste 2500<br>Salt Lake City, UT 84111-1760 | Ellen E. Ostrow<br>Foley & Lardner LLP<br>95 South State St<br>Ste 2500<br>Salt Lake City, UT 84111-1760 |
| Gary R. Thorup<br>111 South Main Street Ste 2400<br>Salt Lake City, UT 84111-2184 | Kary Jensen<br>4864 Jacquelyn Park Lane<br>Ogden, UT 84401-4512 | Mark E. Hindley<br>Mayer Brown LLP<br>201 S. Main Street<br>Suite 1100<br>Salt Lake City, UT 84111-2208 |
| Michael Conboy<br>C/O Luxor Capital Group<br>1114 Avenue of the Americas<br>New York, NY 10036-7703 | Paul Cozzens<br>c/o Geoffrey L. Chesnut<br>2107 W. Sunset Blvd, 2nd Floor<br>St. George, UT 84770-7139 | Todd Wahlquist<br>4790 S. Holladay Blvd.<br>Salt Lake City, UT 84117-5444 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Rocky Mountain Power<br>P.O. Box 26000<br>Portland, OR 97256-0001 | Washington County Treasurer<br>197 East Tabernacle<br>St. George, UT 84770 | Zions Bank<br>40 East St. George Boulevard<br>St. George, UT 84770 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)FTI Consulting, Inc. | (u)Guidepoint Management, LLC | (u)Helm-Pacific Leasing |
| (u)Litigation Holdings, LLC | (u)Matec America, Inc. | (u)Matec S.R.L. |
| (u)Secretariat Advisors LLC<br>Salt Lake City | (u)Stoel Rives LLP | (u)Wells Fargo Rail Corporation |
| (d)Black Iron, LLC<br>6249 West Gilbert Industrial Court<br>Hurricane, UT 84737-6137 | (u)Gold Springs, LLC<br>Attn: Randall L. Moore<br>2755 Locust Street, Suite 117<br>Mail Returned - 99999 | (d)Iron County Treasurer<br>P.O. Box 369<br>Parowan, UT 84761-0369 |

End of Label Matrix
Mailable recipients    80
Bypassed recipients    12
Total                  92